UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LONNIE BRITT, | ) | |
| Plaintiff, | ) | Case No.: 2:08-cv-00586-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| RINKER/CEMEX MATERIALS, ELIZABETH ROSENFELDT, VINCE BUSCH, WOLNER KAPLON PHILLIPS YOUNGER & CUTLER, AND LES FULTZ, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court for consideration is the Order and Report of Findings and Recommendation (ECF No. 32) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered January 20, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Second Amended Complaint be **DISMISSED** for failure to state a claim upon which relief can be granted.

DATED this 8th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge